AO 93 (Rev. 11/13) Search and Seizure Warrant (Page 2)

**Return**

| Case No.: | Date and time warrant executed: | Copy of warrant and inventory left with: |
|---|---|---|
| 1:23-mj-146 | April 4, 2023 approx 5:06PM | At residence |

Inventory made in the presence of :
TFO Tuinhoff

Inventory of the property taken and name of any person(s) seized:
- Miscellaneous documents.
- Suspected marijuana.
- Miscellaneous documents.
- Miscellaneous ink stamps.
- One (1) pair of glasses with diamonds.
- One (1) Rolex with diamonds.
- $641.00 United States Currency (USC).
- One (1) iPhone, black in color
- One (1) smashed iPhone, red in color.

**Certification**

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date:  April 24, 202

*Ryan McCormick*

*Executing officer's signature*

Ryan D. McCormick, Special Agent

*Printed name and title*